# EXHIBIT A

| Summons | CIVIL DOCKET NO. 2284CV01719D | Trial Court of Massachusetts The Superior Court |
|---|---|---|

CASE NAME:

Toney Ryder
Plaintiff(s)

vs.

Mass. Bay Trans. Authority
Defendant(s)

Michael Joseph Donovan — Clerk of Courts
Suffolk — County

COURT NAME & ADDRESS:
SUPERIOR CIVIL COURT
SUFFOLK COUNTY COURTHOUSE
THREE PEMBERTON SQ. 12th Floor
BOSTON, MASSACHUSETTS 02108

RECEIVED AUG 03 2022

THIS SUMMONS IS DIRECTED TO **Mass. Bay Trans. Authority** (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the _____ Court.

**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

### 1. You must respond to this lawsuit in writing within 20 days.

If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

### 2. How to Respond.

To respond to this lawsuit, you must file a written to response with the court **and** mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:

   a) Filing your **signed original** response with the Clerk's Office for Civil Business, _____ Court (address), by mail or in person **AND**

   b) Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address:

### 3. What to Include in Your Response.

An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your court no more than 10 days after sending your Answer.



A true copy Attest:
1-3-22
Deputy Sheriff Suffolk County

3 (cont). You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12.** If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at:

www.mass.gov/courts/case-legal-res/rules_of_court

### 4. Legal Assistance.

You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

### 5. Required Information on All Filings:

The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Heidi E. Brieger, Chief Justice on _____, 20____. (Seal)

Clerk-Magistrate *Michael Joseph Donovan*
Michael Joseph Donovan

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

## PROOF OF SERVICE OF PROCESS

I hereby certify that on _____. I served a copy of this summons, together with a copy of the complaint in this action, on the defendant named in this summons, in the following manner (See Mass. R. Civ. P. 4(d)(1-5)):

_____

_____

_____

Dated: _____          Signature: _____

**N.B. TO PROCESS SERVER:**

   PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX - BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.

Date:

rev. 1/2019

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

SUPERIOR COURT
CIVIL ACTION
NO. 22-1719D

Toney Ryder
PLAINTIFF(S) (PRINT NAME CLEARLY)

vs. Mass Bay Trans. Authority
DEFENDANT(S) (PRINT NAME CLEARLY)

**COMPLAINT**

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
2022 JUL 28 P 1:4
SUFFOLK SUPERIOR COURT
CIVIL CLERK'S OFFICE

## PARTIES

1. Plaintiff(s) reside(s) at 56 Myopia Road, Hyde Park, MA. 02136
   Street — City or Town
   in the County of Suffolk

2. Defendant(s) reside(s) at 10 Park Plaza, Boston, MA 02116
   in the County of Suffolk
   Street — City of Town

## FACTS

3. Please See Attached ~~Complaint~~ Complaint

4.  Answer this question **only** if you are seeking a restraining order against the defendant(s):

    Have there been any other Court proceedings, criminal or civil, involving you or your family members and the defendant or defendant's family members?

    Yes _____     No _____

    If Yes, describe the Court proceeding(s) and its/their status. _____

**WHEREFORE**, plaintiff demands that:

### SIGNED UNDER THE PENALTIES OF PERJURY.

DATE: July 28, 2022

Ryder, July R.
**Signature of Plaintiff(s)**

56 Myopia Road
**Street Address**

Hyde Park, Ma 02136
**City/Town**

781 913 6688
**Telephone**

 Complaint

The MBTA has a history of being retaliatory as follows:

1. I was not treated "equally" as an employee.
2. I was harassed.
3. I "wrongfully" terminated.
4. Improper delivery of termination letter.
   - The envelope was "NOT" stamped by the post office or metered mail.
   - The stamps were taped on it.
   - You can lift the stamps off the envelope.
   - It came 6/7 months after the decision was made (too late to file an appeal)
5. I have 2 sets of attendance records that don't match.
6. Wrongful use of my FMLA.
   - My FMLA was used while I was renewing my driver's license.
   - While I was in court.
   - When I had my yearly physical at the MBTA (T-clinic).
7. While I was out on "APPROVED LEAVE" with a broken foot.
   - The MBTA constantly "THREATENED" my job position on a regular basis.(This lasted from March 2016 - October 2016 even though I had approved leave, I would get letters in the mail ordering me to come into the job to discuss my employment).
8. March 10 & March 17, 2017 are " NOT" on my attendance record which I was "Suspended" for while having "APPROVED" (Accommodation Leave For My Absence).
   - HR sent a notice of "APPROVED Accommodated Leave For My Absences to all my Supervisors and (Jeffery Menderios) completely ignored this message and suspended me regardless.
9. I was "DENIED" A full time position (due to the March 10 and 17, 2017 suspensions)
   - On May 1, 2017 Supervisor Lisa Sterrett stated that I was out of work on a non-work related illness "BOTH" attendance records state different, which attendance record are they using.
   - December 6, 2019, Steve Poftak (MBTA's General Manager) signed a statement agreeing that I (Toney Ryder) "DECLINED" to become a full time Operator because she said she had an outside business she was running.
10. My Supervisor (Calvin Thomas) would not accept written letters of my absence for my "disabled" grandchildren (Which, I was suspended for).

- In Which, I was sent to EAP (Employee Assistance Program) where Al stated that my Supervisor had to accept the letter being that it was written from a state agency.

11. My Supervisor (Calvin Thomas) would only "Accept" letters for my grandchildren if it was from the courts on court letterhead (All children are "not" court involved & this is a Discriminating Statement)
    - Being that my Supervisor didn't accept the first letter, I had it "rewritten" by a court psychologist.

12. May 31, & June 1, 2018, I was absent for my disabled grandchildren and notice was given 3 months in "Advance" on March 3, 2018.
    - My Supervisor (Calvin Thomas) & The entire staff at the MBTA would "NOT" acknowledge nor accept this letter. I was suspended and these dates were used against me to "TERMINATE ME".
    - June 11, 2018 I was reprimanded for being absent for May 31 and June 1, 2018.
    - October 16, 2018, my grievance was "DENIED" (remember June 1, 2018 is "NOT" on my attendance record). I have the actual letter with all the attendees

13. June 1, 2018 is "NOT" on my attendance record but It was used against me to be "TERMINATED".

14. My 5 Day Suspension was "RESCINDED", it was "Final and Binding".
    - However, 6 days later the MBTA changed it to a "3 Day Suspension" Without Acknowledging Me Or My Union Rep. and placed it in my file (All notices are supposed to be brought forth to a union rep. first).

15. The MBTA didn't honor all court dates as stated in their letter dated April 3, 2018.
    - There are over 10 court dates that the MBTA did not honor as they stated they would.
    - I emailed my supervisors my court dates in advance and I was still labeled "unexcused with no documents".

16. The MBTA does "NOT" honor doctors letters by date:
    - My doctor signed a form December 7, 2017 the MBTA received it on December 20th. The doctor's letter was not honored until the 20th (I have 4 unexcused absences 12/7,13/8,12/11,12/12) due to them not honoring the doctors signing date of December 7, 2017.
    - Doctors and I have faxed numerous letters to the MBTA's (Workpartners callout) only to be told that they "DIDN'T" receive them and we have fax confirmation that they were "RECEIVED" on their end, which affects my attendance. (Faxes were sent 3 separate times before it was accepted and yes my attendance was impacted)

- My grandson's paperwork was faxed from the hospital and they said "NEVER" received it and the hospital has confirmation that it was received. ( This is a "NORMAL" procedure with the MBTA that affects your attendance).

17. All of my documents would "disappear" for my absence after I turn them in to my Supervisors. (And I would get suspended for being absent... AWOL/without documents).

18. My vehicles were vandalized on 3 separate occasions (3 different vehicles)

19. October 29, 2021, I spoke with James Evers from the Arbitrations Dept. and I explained everything listed above. Mr. Evers stated that he would set up a meeting with me and my union Delegate Jose Cruz and any inaccuracies made by the MBTA will be "corrected".
- Mr. Evers stopped responding to my calls.
- That meeting "NEVER" took place.
- Jose Cruz (Union Delegate-Rep) repeatedly told me via text messages that he was waiting on Mr. Evers to schedule the meeting.

March 9, 2022, I went to the Cabot Bus Garage being that with James Evers and Jose Cruz would be there and we could finally talk.
- After seeing my attendance records Cruz stated he was going to contact the Union Attorney Brian and he would give me a call.
- March 16, 2022, James Evers finally responds with an email stating you lost your case in Arbitration and he didn't know that in the "beginning".......

The MBTA is a hostile place of employment if you don't comply with the area (garages rules) they will make it hard for you. I was located at the Cabot garage where family members worked together, took care of each other and plenty of relationships between supervisors and employees were going on.

All of the information is true to the best of my knowledge and I have the documents to support each and every statement.

This statement was signed under the pains and penalties of perjury on July 27, 2022 by Ryder, Toney R. of 56 Myopia Road, Hyde Park, MA 02136.

Sincerely,

Ryder, Toney R.

| CIVIL ACTION COVER SHEET | DOCKET NUMBER 22-1779D | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| PLAINTIFF(S): Toney Ryder | | COUNTY: Suffolk |
| ADDRESS: 56 Myopia Road, Hyde Park, MA 02136 | DEFENDANT(S): MASS. BAY Trans. Authority 10 Park Plaza Boston, MA 02116 | |
| ATTORNEY: | | |
| ADDRESS: | ADDRESS: | |
| BBO: | | |

Filing stamp: MICHAEL JOSEPH DONOVAN CLERK/MAGISTRATE 2022 JUL 28 PM 1:4? SUFFOLK SUPERIOR COURT CIVIL CLERK'S OFFICE

**TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| AB-1 | | A | ☐ YES ☑ NO |

*If "Other" please describe:

Is there a claim under G.L. c. 93A? ☐ YES ☑ NO

Is this a class action under Mass. R. Civ. P. 23? ☐ YES ☑ NO

**STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A**

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(attach additional sheets as necessary)

A. Documented medical expenses to date:
  1. Total hospital expenses _____ $
  2. Total doctor expenses _____ $
  3. Total chiropractic expenses _____ $
  4. Total physical therapy expenses _____ $
  5. Total other expenses (describe below) _____ $
                                    Subtotal (A): $

B. Documented lost wages and compensation to date _____ $
C. Documented property damages to date _____ $
D. Reasonably anticipated future medical and hospital expenses _____ $
E. Reasonably anticipated lost wages _____ $
F. Other documented items of damages (describe below) _____ $

G. Briefly describe plaintiff's injury, including the nature and extent of injury:

TOTAL (A-F): $

**CONTRACT CLAIMS**
(attach additional sheets as necessary)

☐ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).
Provide a detailed description of claim(s):

TOTAL: $

Signature of Attorney/ Unrepresented Plaintiff: X Ryder, Toney R.    Date: July 28, 22

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

**CERTIFICATION PURSUANT TO SJC RULE 1:18**

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney of Record: X                                    Date: